No. ——

First Circuit

---

CLARKE v. BANDELIN

---

(June 7, 1927. Opinion and Decree.)

---

(*Syllabus by the Editor.*)

1. Louisiana Digest—Courts—Par. 126, 128.

Under Constitution of 1921, Article VII, Section 10, the Court of Appeal has no juridiction of suits for damages in excess of $2,000, suits for damages for physical injuries excepted.

2. Louisiana Digest—Courts—Par. 164.

Where the case is appealed to the Court of Appeal and the record shows the

Supreme Court to have jurisdiction it will be transferred to the Supreme Court.

(See Act 19 of 1912.—Editor's Note.)

Appeal from the Parish of Tangipahoa. Hon. Columbus Reid, Judge.

Action by George Clarke against Edmund Bandelin.

There was judgment for defendant and plaintiff appealed.

Case transferred to Supreme Court.

A. S. Burns, of Ponchatoula, attorney for plaintiff, appellant.

Amos L. Ponder, of Amite, attorney for defendant, appellee.

MOUTON, J. This suit is for a demand in damages for an alleged malicious prosecution. It is alleged that plaintiff suffered damages in the amount of two thousand sixty-five dollars, and judgment is asked against defendant for that sum.

This suit is not in damages for personal injuries. As the amount of damages claimed exceed two thousand dollars exclusive of interest, we have no appellate jurisdiction. Const. 1921, Art. 7, Sec. 10. This case must be transferred to the Supreme Court.

It is therefore ordered that this case be transferred to the Supreme Court provided that appellant files the record in that court within thirty days of the finality of this decree.